DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

TEXACO v. CREEL

No. 381PA82.

Case below: 57 N.C. App. 611.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 3 August 1982.

TRIANGLE AIR COND. v. BOARD OF EDUCATION

No. 405P82.

Case below: 57 N.C. App. 482.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 August 1982.

TURNER v. EPES TRANSPORT SYSTEMS

No. 331P82.

Case below: 57 N.C. App. 197.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 August 1982.

WHITEHURST v. BATES

No. 364P82.

Case below: 57 N.C. App. 372.

Petition by defendants for discretionary review under G.S. 7A-31 denied 25 August 1982.

WILLIAMS v. BETHANY FIRE DEPT.

No. 327PA82.

Case below: 57 N.C. App. 114.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 3 August 1982.